IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSIA BLOKKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-783-L |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

On July 26, 2012, Magistrate Judge Shon T. Erwin entered his Report & Recommendation in this action brought by plaintiff for judicial review of the final decision of the Commissioner of the Social Security Administration denying plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act. The Magistrate Judge determined that the decision of the Commissioner is not supported by substantial evidence and recommended that the court should reverse and remand for further administrative proceedings

The court file reflects that no party has filed a written objection to the Report & Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the Report & Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED for further administrative proceedings,** all in accordance with the July 26, 2012 Report & Recommendation in this matter.

It is so ordered this 23rd day of August, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge